FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2023

TAMMY H. DOWNS, CLERK
By: _____ 
           DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00131 DPM |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| MICHAEL BRYANT | ) | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about July 13, 2022, in the Eastern District of Arkansas, the defendant,

MICHAEL BRYANT,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

On or about July 18, 2022, in the Eastern District of Arkansas, the defendant,

MICHAEL BRYANT,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about October 25, 2022, in the Eastern District of Arkansas, the defendant,

MICHAEL BRYANT,



knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, or 3 of this Indictment, the defendant, MICHAEL BRYANT, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

### FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, MICHAEL BRYANT, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

### FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, MICHAEL BRYANT, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.