# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
## Central District

UNITED STATES OF AMERICA

VS.                                          NO.   4:23-CR-00131 DPM

Michael Bryant

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the White County Sheriff and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of Michael Bryant detained in the White County Sheriff, Searcy, AR in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on August 30, 2023 at 2:00 pm, before the Honorable Edie R. Ervin, and after the proceedings have been concluded, that you return Michael Bryant to White County Sheriff under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 24 August 2023.

_____
UNITED STATES MAGISTRATE JUDGE