# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

United States of America

v.

Case No.: 4:23CR00131-01 DPM

Michael Bryant

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Michael Bryant**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **21 USC 841(a)(1): Distribution of methamphetamine, 21 USC 841(a)(1): PWID methamphetamine, as further explained in the attached documents.**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 11 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Date: May 4, 2023

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

### Return

This warrant was received on (date) 5/4/2023, and the person was arrested on (date) 8/30/2023
at (city and state) Little Rock, AR

Date: 9/1/2023

_____
*Arresting officer's signature*

C. Young  Inv. Analyst
*Printed name and title*

WHCAP/Detainer Lodged