IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.                                    No. 4:23-cr-131-DPM

**MICHAEL BRYANT**                                                                **DEFENDANT**

### GENERAL CRIMINAL SCHEDULING ORDER

The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Sixty Days Before Trial Date**—Government Experts and Motion to Suppress Deadline

    o If the defendant requests, the United States must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(a)(1)(G).

    o Motions to suppress evidence must be filed at least sixty days before trial.  Responses are due within fourteen days of filing.

- **Thirty Days Before Trial Date**—Defense Experts and Joint Report

    o If the Government requests, the defendant must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(b)(1)(C).

- o The parties must file a Joint Report answering these questions:

    1. Is this case ready for trial or a plea?

    2. If trial-ready, how many six-hour days are needed?

    3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

  - o In trial-ready cases:

    1. File any pre-trial motions. A response to any motion is due seven calendar days after the motion is filed; and

    2. File notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions.

  - o In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

    1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or

    2. File a motion for continuance.

March 2023                           -2-

So Ordered.

*[signature: DP Marshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>27 September 2023</u>